**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No: 18-10814-LMI |
| IRAN CUNI AVILES | |
| SSN.: 9570 | Chapter 13 |
| _____Debtor(s)_____ / | |

**DEBTOR'S MOTION TO DETERMINE CLAIMS FILED HAVE NO INTEREST
IN PROPERTY HELD AS TENANCY BY THE ENTIRETIES**

**COMES NOW**, the Debtor, IRAN CUNI AVILES, by and through the undersigned attorney, and files this Motion for a Determination that Claims filed have no Interest in Property Held as Tenancy by the Entireties and in support would show as follows:

1. On January 23, 2018, the Debtor in the above-styled cause filed a Petition for Bankruptcy relief under Chapter 13.

2. The Debtor has exempted certain property on Schedule B as tenancy by the entireties.

3. Debtor believes that all unsecured creditors hold claims solely against the Debtor and not against the debtor and his wife. At present all unsecured claims are solely against in the name of the Debtor.

4. Any unsecured claimant who fails to file a response to this Motion will have their claim to be solely against the Debtor and not entitles to any interest in jointly held property.

WHEREFORE, Debtor seeks an Order determining that the claims are solely in the name of the Debtor and are not joint debts of the Debtor and his non-filing spouse, and any other relief this court deems proper.

**Dated this 23rd of March, 2018.**

                                              **/S/ Efrain Cortes**
                                              Efrain Cortes, Esq.
                                              Attorney for Debtor
                                              FBN.: 0885649
                                              POB 590173
                                              Ft. Lauderdale, FL 33355
                                              (954) 486-5722
                                              ecglaw@juno.com